**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/ned.5114417719.52996461.663963.json

8:25-cr-00242-BCB-RCC    Doc # 43    Filed: 02/24/26    Page 1 of 1 - Page ID # 349